**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Daryl Pernell CAMPS, a/k/a Darryl**
**Pernell Camps, Defendant–**
**Appellant.**

No. 12–7530.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 22, 2013.

Decided: Feb. 8, 2013.

Daryl Pernell Camps, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl Pernell Camps appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Camps*, No. 3:90–cr–00085–MOC–5 (W.D.N.C. Aug. 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*